# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00603-CV

### In re Lauren Ashley Alleman

---

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and emergency motion for temporary relief are

denied. *See* Tex. R. App. P. 52.8(a).

_____

Gisela D. Triana, Justice

Before Justices Baker, Triana, and Smith

Filed: October 27, 2023